AO 451  (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ROBERT MARTINO, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No. 21-1808 (RDM) |
| ISLAMIC REPUBLIC OF IRAN | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     05/07/2025     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:     02/02/2026



*ANGELA D. CAESAR, CLERK OF COURT*

Nijel N Eugene
Digitally signed by Nijel N Eugene
Date: 2026.02.02 12:08:32 -05'00'

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT MARTINO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>*Defendant.* | Civil Action No. 21-1808 (RDM) |

**ORDER**

For the reasons explained in the Court's memorandum opinion, Dkt. 91, it is hereby

**ORDERED** that Special Master Saltzburg's Report and Recommendation, Dkt. 74, is

**ADOPTED** in part and **MODIFIED** in part; and Special Master Greenspan's Report and

Recommendation, Dkt. 80, is **ADOPTED** in part and **MODIFIED** in part.

Judgment is hereby **ENTERED** in favor of the following Plaintiffs in the total amount of

$2,211,402,026, of which $1,105,701,013 represents compensatory damages and $1,105,701,013

represents punitive damages.  It is further **ORDERED** that each individual Plaintiff be entitled to

the following:

| Plaintiff | Relation to Victim | Proposed Solatium Damages | Prejudgment Interest Multiplier | Total Compensatory Damages Including Prejudgment Interest | Punitive Damages |
|---|---|---|---|---|---|
| Sarah Marie Lambert | Sister | [pending supplemental submission] | 2.6479 |  |  |
| Nancy Kathleen Godwin | Mother | $6,250,000 | 2.6307 | $16,441,875 | $16,441,875 |

| William Goode Godwin | Father | $6,250,000 | 2.6307 | $16,441,875 | $16,441,875 |
|---|---|---|---|---|---|
| Anna Godwin | Sister | $3,500,000 | 2.6307 | $9,207,450 | $9,207,450 |
| Aaron William Godwin | Brother | $2,500,000 | 2.6307 | $6,576,750 | $6,576,750 |
| Rhonda Gail McCormick | Mother | $5,000,000 | 2.6215 | $13,107,500 | $13,107,500 |
| Larry McCormick | Father | $5,000,000 | 2.6215 | $13,107,500 | $13,107,500 |
| Blake McCormick | Brother | $2,500,000 | 2.6215 | $6,553,750 | $6,553,750 |
| Debbee Way | Mother | $6,250,000 | 2.5569 | $15,980,625 | $15,980,625 |
| Richard Louis Giena | Father | $6,250,000 | 2.5569 | $15,980,625 | $15,980,625 |
| Maria Odilia Romero | Mother | $6,250,000 | 2.4844 | $15,527,500 | $15,527,500 |
| Juan Diego Romero | Father | $6,250,000 | 2.4844 | $15,527,500 | $15,527,500 |
| Yajaira Romero | Sister | $3,125,000 | 2.4844 | $7,763,750 | $7,763,750 |
| Bernardo Romero | Brother | $3,125,000 | 2.4844 | $7,763,750 | $7,763,750 |
| Thomas Benjamin McElveen | Father | $5,000,000 | 2.4427 | $12,213,500 | $12,213,500 |
| Maureen Walsh | Mother | $6,250,000 | 2.3092 | $14,432,500 | $14,432,500 |

2

| Patrick Thomas Walsh | Brother | $2,500,000 | 2.3092 | $5,773,000 | $5,773,000 |
|---|---|---|---|---|---|
| Joseph Michael Walsh | Brother | $2,500,000 | 2.3092 | $5,773,000 | $5,773,000 |
| Meghan Cathleen Turner | Sister | $2,500,000 | 2.3092 | $5,773,000 | $5,773,000 |
| Erin Marie Watson | Sister | $3,125,000 | 2.3092 | $7,216,250 | $7,216,250 |
| Jesse Vega | Stepfather | $5,000,000 | 2.2788 | $11,394,000 | $11,394,000 |
| Andrew Bisson | Son | $3,000,000 | 2.2421 | $6,726,300 | $6,726,300 |
| Lauralee Bisson | Mother | $7,000,000 | 2.2421 | $15,694,700 | $15,694,700 |
| Richard Bisson | Father | $5,000,000 | 2.2421 | $11,210,500 | $11,210,500 |
| Christopher Bisson | Brother | $2,500,000 | 2.2421 | $5,605,250 | $5,605,250 |
| Richard Witteveen | Father | $6,250,000 | 2.2283 | $13,926,875 | $13,926,875 |
| Trent William Witteveen | Half-Brother | $2,500,000 | 2.2283 | $5,570,750 | $5,570,750 |
| Heather Kaufman | Half-Sister | $3,125,000 | 2.2283 | $6,963,438 | $6,963,438 |
| Robin Wallace | Mother | $6,250,000 | 2.2035 | $13,771,875 | $13,771,875 |
| Rickey Wallace | Father | $5,000,000 | 2.2035 | $11,017,500 | $11,017,500 |

| | | | | | |
|---|---|---|---|---|---|
| Sarah Wallace | Sister | $3,125,000 | 2.2035 | $6,885,938 | $6,885,938 |
| Rachel Dawn Tucker | Sister | $3,125,000 | 2.2035 | $6,885,938 | $6,885,938 |
| Estefani Valdez | Sister | $2,500,000 | 2.5091 | $6,272,750 | $6,272,750 |
| Joan Marie Bekowsky | Mother | $6,250,000 | 2.616 | $16,350,000 | $16,350,000 |
| Brian Glen Bekowsky | Stepfather | $6,250,000 | 2.616 | $16,350,000 | $16,350,000 |
| Haley Shane White | Half-Sister | $2,500,000 | 2.616 | $6,540,000 | $6,540,000 |
| Zellene Allred | Mother | $5,000,000 | 2.616 | $13,080,000 | $13,080,000 |
| Brett Allred | Father | $5,000,000 | 2.616 | $13,080,000 | $13,080,000 |
| Adam Raleigh Allred | Brother | $3,125,000 | 2.616 | $8,175,000 | $8,175,000 |
| Vickey McCleary Chalumeau | Mother | $5,000,000 | 2.616 | $13,080,000 | $13,080,000 |
| Erik John Gardner | Brother | $3,125,000 | 2.616 | $8,175,000 | $8,175,000 |
| Marjorie Paul | Mother | $5,000,000 | 2.3048 | $11,524,000 | $11,524,000 |
| Andrew Soltau | Father | $5,000,000 | 2.3048 | $11,524,000 | $11,524,000 |
| Desiree Soltau | Stepmother | $5,000,000 | 2.3048 | $11,524,000 | $11,524,000 |

4

| | | | | | |
|---|---|---|---|---|---|
| James Perry III | Stepbrother | $3,125,000 | 2.3048 | $7,202,500 | $7,202,500 |
| Scott Perry | Stepbrother | $3,125,000 | 2.3048 | $7,202,500 | $7,202,500 |
| Lakiesha Perry-Smith | Stepsister | $2,500,000 | 2.3048 | $5,762,000 | $5,762,000 |
| Rachele Palmer | Mother | $5,000,000 | 2.2587 | $11,293,500 | $11,293,500 |
| Brad Palmer | Father | $5,000,000 | 2.2587 | $11,293,500 | $11,293,500 |
| Dustin Palmer | Brother | $3,125,000 | 2.2587 | $7,058,438 | $7,058,438 |
| Conner Walker | Son | $5,000,000 | 2.1897 | $10,948,500 | $10,948,500 |
| James Walker | Father | $6,250,000 | 2.1897 | $13,685,625 | $13,685,625 |
| Kasey Walker | Sister | $3,125,000 | 2.1897 | $6,842,813 | $6,842,813 |
| Kelly Walker Murray | Sister | $3,125,000 | 2.1897 | $6,842,813 | $6,842,813 |
| Iesha Ayro | Sister | $3,125,000 | 2.5964 | $8,113,750 | $8,113,750 |
| Christina Baker | Spouse | $10,000,000 | 2.1938 | $21,938,000 | $21,938,000 |
| Eric Bell | Brother | $3,250,000 | 2.6754 | $8,695,050 | $8,695,050 |
| Debora Bell | Sister | $3,375,000 | 2.6754 | $9,029,475 | $9,029,475 |
| Carl Bradford | Half-Brother | $3,250,000 | 2.6754 | $8,695,050 | $8,695,050 |
| Timothy Caffey | Son | $6,750,000 | 2.6754 | $18,058,950 | $18,058,950 |
| Nicholas Caffey | Son | $6,500,000 | 2.6754 | $17,390,100 | $17,390,100 |
| Chassadie Tunstall | Daughter | $6,500,000 | 2.6754 | $17,390,100 | $17,390,100 |

5

| | | | | | |
|---|---|---|---|---|---|
| Nancy Jo Clevenger | Step-Mother | $5,000,000 | 2.2441 | $11,220,500 | $11,220,500 |
| Joel Sexton-Craig | Father | $6,250,000 | 2.0858 | $13,036,250 | $13,036,250 |
| Phyllis Craig | Mother | $6,250,000 | 2.0858 | $13,036,250 | $13,036,250 |
| Rachael Putman | Sister | $2,500,000 | 2.0858 | $5,214,500 | $5,214,500 |
| Menesia Spade | Half-Sister | $2,500,000 | 2.0858 | $5,214,500 | $5,214,500 |
| Kelli Winkler | Sister | $2,500,000 | 2.2326 | $5,581,500 | $5,581,500 |
| Diane Salyers | Mother | $5,000,000 | 2.2326 | $11,163,000 | $11,163,000 |
| Rae Felder | Brother | $2,500,000 | 2.6708 | $6,677,000 | $6,677,000 |
| Stephanie Forrest | Spouse | $10,000,000 | 1.975 | $19,750,000 | $19,750,000 |
| Bradan Forrest | Son | $3,000,000 | 1.975 | $5,925,000 | $5,925,000 |
| J.F. | Son | $5,000,000 | 1.975 | $9,875,000 | $9,875,000 |
| Rachel Hall | Spouse | $9,000,000 | 1.975 | $17,775,000 | $17,775,000 |
| A.H. | Daughter | $3,000,000 | 1.975 | $5,925,000 | $5,925,000 |
| James Harlan | Son | $5,000,000 | 2.6646 | $13,323,000 | $13,323,000 |
| Jacob Roberts | Son | $3,000,000 | 2.6646 | $7,993,800 | $7,993,800 |
| April McCorkle | Daughter | $7,000,000 | 2.6754 | $18,727,800 | $18,727,800 |
| Ronda Sexton | Sister | $3,250,000 | 2.6754 | $8,695,050 | $8,695,050 |
| Glenna LeGrand | Mother | $6,250,000 | 2.1869 | $13,668,125 | $13,668,125 |
| Moira LeGrand | Step-Daughter | $5,000,000 | 2.1869 | $10,934,500 | $10,934,500 |

| Laura McBride | Mother | $5,000,000 | 2.0911 | $10,455,500 | $10,455,500 |
|---|---|---|---|---|---|
| Marshall McBride | Father | $5,000,000 | 2.0911 | $10,455,500 | $10,455,500 |
| Chassity McCandless | Sister | $3,500,000 | 2.2173 | $7,760,550 | $7,760,550 |
| Ronald Sumner | Half-Brother | $2,500,000 | 2.2173 | $5,543,250 | $5,543,250 |
| Jacquelyne Pappin | Daughter | $7,500,000 | 2.6754 | $20,065,500 | $20,065,500 |
| Margarita Orton | Spouse | $8,000,000 | 2.6708 | $21,366,400 | $21,366,400 |
| David Orton | Son | $5,000,000 | 2.6708 | $13,354,000 | $13,354,000 |
| Sandra Pionk | Mother | $5,000,000 | 2.0911 | $10,455,500 | $10,455,500 |
| Melanie Pionk | Spouse | $10,000,000 | 2.0911 | $20,911,000 | $20,911,000 |
| Joshua Pionk | Brother | $2,500,000 | 2.0911 | $5,227,750 | $5,227,750 |
| Brandon Pionk | Son | $3,000,000 | 2.0911 | $6,273,300 | $6,273,300 |
| Dillon Pionk | Son | $5,000,000 | 2.0911 | $10,455,500 | $10,455,500 |
| Ashley Pionk | Daughter | $6,250,000 | 2.0911 | $13,069,375 | $13,069,375 |
| Gale Light | Sister | $2,500,000 | 2.5964 | $6,491,000 | $6,491,000 |
| Lynn Poulin, Jr. | Son | $6,250,000 | 2.5964 | $16,227,500 | $16,227,500 |
| Michael Poulin | Son | $5,000,000 | 2.5964 | $12,982,000 | $12,982,000 |
| Estate of Sherry Kay Rockholt | Mother | $6,250,000 | 2.5445 | $15,903,125 | $15,903,125 |
| Kelli Anderson | Sister | $2,500,000 | 2.1938 | $5,484,500 | $5,484,500 |

7

| | | | | | |
|---|---|---|---|---|---|
| Kara West | Sister | $2,500,000 | 2.1938 | $5,484,500 | $5,484,500 |
| Carter West | Half-Brother | $2,500,000 | 2.1938 | $5,484,500 | $5,484,500 |
| Kristen Simon | Mother | $5,000,000 | 2.2395 | $11,197,500 | $11,197,500 |
| Sherri Laska | Sister | $3,125,000 | 2.3633 | $7,385,313 | $7,385,313 |
| **Total** | | | | **$1,105,701,013** | **$1,105,701,013** |

The Tranche 1 Fallujah Plaintiffs' request for post-judgment interest, Dkt. 74-1 at 32, at the statutory rate is hereby **GRANTED**.

It is further **ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to all claims by above-listed Plaintiffs because there is "no just reason for delay" in entering a partial final judgment pursuant to Rule 54(b).

This Order is the final "default judgment" for the above-listed Plaintiffs' claims to be served on the Islamic Republic of Iran pursuant to U.S.C. § 1608(e). The Clerk of Court is directed to not issue individual judgments for these claims, as this Order shall constitute that judgment.

It is further **ORDERED** that, because Plaintiffs have repeatedly attempted, without success, to serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), *see* Dkts. 13, 21, above-listed Plaintiffs may proceed to serve this default judgment immediately under 28 U.S.C. § 1608(a)(4). The Clerk of Court is directed to terminate the case with respect to above-listed Plaintiffs only.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: May 7, 2025



**ECF
DOCUMENT**

I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United
States District and Bankruptcy Courts for the District of
Columbia.

ANGELA D. CAESAR, CLERK

Nijel N
Eugene

Digitally signed by Nijel
N Eugene
Date: 2026.02.02
12:01:41 -05'00'